**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TERRANCE RHODES
ADC #142254                                                                                              PLAINTIFF

V.                                            4:08CV01851 JTR

HUGH GENTRY, Lieutenant,
Saline County Detention Facility, et al.                                              DEFENDANTS

**JUDGMENT**

Consistent with the Memorandum Opinion that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Defendants, and this case is DISMISSED, WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Memorandum Opinion would not be taken in good faith.

Dated this 26th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE